UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT SIMS,

        Plaintiff,

v.	Case no.: 2:17-cv-12210
    Hon.: Gershwin A. Drain

ALLSTATE VEHICLE PROPERTY
INSURANCE COMPANY, A Foreign
Corporation, FRANCES WOODWARD,
and JOHN OSBORN,

        Defendants.
_____/

| REIFMAN LAW FIRM PLLC | MIZEROWSKI THON & PARKER, PC |
|---|---|
| STEVEN W. REIFMAN (P25208) | TIMOTHY W. MIZEROWSKI (P43772) |
| KATE L. KASPEREK (P77349) | WILLIAM L. PARKER (P51485) |
| Attorney for Plaintiff | ALISON F. KHOREY (P75716) |
| 3000 Town Center, Suite 2800 | Attorneys for Defendant Allstate |
| Southfield, Michigan 48075 | 873 N. Mill Street |
| (248) 932-4000 / FAX: (248) 352-7600 | Plymouth, Michigan 48170 |
| sreifman@reifmanlawfirm.com | (734) 656-1500 / FAX: (734) 656-1505 |
| kkasperek@reifmanlawfirm.com | wparker@tmizlaw.com |
|  | akhorey@tmizlaw.com |
| VANDEVEER GARZIA | kkaminski@tmizlaw.com |
| DONALD C. BROWNELL (P48848) |  |
| DEREK G. RUSSAW (P71298) | LAW OFFICES OF FRAZIER & GEBAUER |
| Attorney for Defendant Woodward | STEPHANIE CARPENTER (P52878) |
| 840 West Long Lake Road, Suite 600 | Attorney for Defendant Osborn |
| Troy, Michigan 48098 | Two Towne Square, Suite 275 |
| (248) 312-2800 / FAX: (248) 879-0042 | Southfield, Michigan 48076 |
| dbrownell@vgpclaw.com | (248) 350-4800 / FAX: (248) 350-4848 |
| drussaw@vgpclaw.com | stephanie.carpenter@zurichna.com |

_____/

**STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS FOR WAGE LOSS, REPLACEMENT SERVICES AND ATTENDANT CARE SERVICES**

IT IS HEREBY STIPULATED and agreed, by and between the parties through their respective counsel of record, that any and all claims for wage loss, household replacement services, and attendant care made by or on behalf of Plaintiff Robert Sims against Defendant Allstate Vehicle Property Insurance Company be dismissed with prejudice and without costs to any party.

| | |
|---|---|
| /s/ Kate L. Kasperek (w/consent) | /s/ Alison F. Khorey |
| REIFMAN LAW FIRM PLLC | MIZEROWSKI THON & PARKER, PC |
| STEVEN W. REIFMAN (P25208) | TIMOTHY W. MIZEROWSKI (P43772) |
| KATE L. KASPEREK (P77349) | WILLIAM L. PARKER (P51485) |
| Attorney for Plaintiff | ALISON F. KHOREY (P75716) |
| | Attorneys for Defendant Allstate |

## **ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS FOR WAGE LOSS, REPLACEMENT SERVICES AND ATTENDANT CARE SERVICES**

At a session of said Court,
held in the City of Detroit,
County of Wayne, State of Michigan,
on _____

PRESENT: HON._____
US DISTRICT COURT JUDGE

UPON FILING the attached Stipulation, and the Court being otherwise fully advised in the premises;

2

IT IS HEREBY ORDERED that any and all claims for wage loss, household replacement services, and attendant care made by or on behalf of Plaintiff Robert Sims against Defendant Allstate Vehicle Property Insurance Company are dismissed with prejudice and without costs to any party.

This is not a final order and does not close the case.

_____
US DISTRICT COURT JUDGE