UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT SIMS,

        Plaintiff,

v.                                              Case no.: 2:17-cv-12210
                                                Hon.: Gershwin A. Drain

ALLSTATE VEHICLE PROPERTY
INSURANCE COMPANY, A Foreign
Corporation, FRANCES WOODWARD,
and JOHN OSBORN,

        Defendants.
_____/

| | |
|---|---|
| REIFMAN LAW FIRM PLLC | MIZEROWSKI THON & PARKER, PC |
| STEVEN W. REIFMAN (P25208) | TIMOTHY W. MIZEROWSKI (P43772) |
| Attorney for Plaintiff | WILLIAM L. PARKER (P51485) |
| 3000 Town Center, Suite 2800 | ALISON F. KHOREY (P75716) |
| Southfield, Michigan 48075 | Attorneys for Defendant Allstate |
| (248) 932-4000 / FAX: (248) 352-7600 | 43155 Main Street, Suite 2200 B |
| sreifman@reifmanlawfirm.com | Novi, MI 48375 |
| | (734) 656-1500 / FAX: (734) 656-1505 |
| VANDEVEER GARZIA | wparker@tmizlaw.com |
| DONALD C. BROWNELL (P48848) | akhorey@tmizlaw.com |
| DEREK G. RUSSAW (P71298) | kkaminski@tmizlaw.com |
| Attorney for Defendant Woodward | |
| 840 West Long Lake Road, Suite 600 | LAW OFFICES OF FRAZIER & GEBAUER |
| Troy, Michigan 48098 | STEPHANIE CARPENTER (P52878) |
| (248) 312-2800 / FAX: (248) 879-0042 | Attorney for Defendant Osborn |
| dbrownell@vgpclaw.com | Two Towne Square, Suite 275 |
| drussaw@vgpclaw.com | Southfield, Michigan 48076 |
| | (248) 350-4800 / FAX: (248) 350-4848 |
| | stephanie.carpenter@zurichna.com |

_____/

## **ORDER FOR SETTLEMENT AND DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT ALLSTATE**

This matter having come before the Court upon the stipulation of the parties; Plaintiff Robert Sims having entered into a settlement of his claims for all past and present no-fault benefits in this matter with Defendant Allstate in the amount of $30,000.00 for all claims incurred through May 14, 2018; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff Robert Sims and his attorneys of record are designated as the appropriate payees for the settlement proceeds;

IT IS FURTHER ORDERED that costs incurred by Reifman Law Firm PLLC in representing Plaintiff and an attorney fee are to be paid to Reifman Law Firm PLLC from the settlement;

IT IS FURTHER ORDERED that the remaining settlement proceeds shall be distributed to Robert Sims and that Robert Sims and his attorneys shall be responsible for negotiating and disbursing payment out of said proceeds for any claims incurred and/or liens held by his medical, attendant care, and household service providers that rendered treatment and services to Robert Sims following the June 9, 2016, accident, including, but not limited to:

    a.    Detroit Fire/EMS

    b.    Henry Ford Hospital

    c.    Michigan Center for Physical Therapy

    d.    Midwest Medical Associates

    e.    Mitchell Pharmacy Solutions/AutoRx/Menard Pharmacy

      f.      Oak Park Therapy

      g.      Orchard Toxicology

      h.      Reliable Medical Supply, PLLC

      i.      Superior Imaging

      j.      Todd Kleinstein, D.C./Chesterfield Chiropractic

IT IS FURTHER ORDERED that Defendant Allstate shall be released and discharged from liability for any claims of the providers and/or interested parties listed herein for treatment and services provided to Robert Sims following the June 9, 2016, motor vehicle accident, or for any liens held by said providers and/or interested parties against the settlement proceeds, as provided in the Settlement Release executed by Robert Sims;

IT IS FURTHER ORDERED that Plaintiff's claims against Defendant Allstate are dismissed with prejudice and without costs or attorney fees to any party pursuant to the terms of the settlement release executed by Plaintiff.

This Order does not resolve all pending claims and does not close this case.

Dated: September 10, 2018        s/Gershwin A. Drain
                                          U.S. DISTRICT COURT JUDGE

I hereby stipulate and agree to
entry of the foregoing order:

/s/ Steven W. Reifman               /s/ Alison F. Khorey
STEVEN W. REIFMAN (P25208)     ALISON F. KHOREY (P75716)
Attorney for Plaintiff                   Attorney for Defendant Allstate